UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
2011 JUL 29 PM 3:42

IN RE: APPLE INC. IPHONE 4 MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

CV11-03757 PSG



MDL No. 2188

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−3)

On October 8, 2010, the Panel transferred 4 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 746 F.Supp.2d 1357 (J.P.M.L. 2010). Since that time, 1 additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable Ronald M Whyte.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Whyte.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of October 8, 2010, and, with the consent of that court, assigned to the Honorable Ronald M Whyte.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 19, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that a case has been opened in the Northern District of California.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: Deputy Clerk
Date 7-27-2011

IN RE: APPLE INC. IPHONE 4 MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2188

### SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 8 | 11−00938 | Jethro Magat v. Apple Inc et al |

(RNBx), DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:11-cv-00938-DOC -RNB

Jethro Magat v. Apple Inc et al  
Assigned to: Judge David O. Carter  
Referred to: Magistrate Judge Robert N. Block  
Cause: 28:1330 Breach of Contract

Date Filed: 06/23/2011  
Jury Demand: Plaintiff  
Nature of Suit: 245 Tort Product Liability  
Jurisdiction: Federal Question

**Plaintiff**

**Jethro Magat**  
*an individual on behalf of himself and all others who are similarly situated*

represented by **Allen B Felahy**  
Felahy Law Group  
4000 Cover Street Suite 100  
Long Beach, CA 90808  
562-499-2121  
Fax: 562-499-2124  
Email: afelahy@aol.com  
*ATTORNEY TO BE NOTICED*

**Boris Sorsher**  
Felahy Law Group  
4000 Cover Street Suite 100  
Long Beach, CA 90808  
562-499-2121  
Fax: 562-499-2124  
Email: sorsherlaw@hotmail.com  
*ATTORNEY TO BE NOTICED*

**Oscar Ramirez**  
Felahy Law Group  
4000 Cover Street Suite 100  
Long Beach, CA 90808  
562-499-2121  
Fax: 562-499-2124  
Email: oscarramirezesq@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple Inc**  
*a California Corporation*

**Defendant**

**DOES**  
*1 through 10 inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2011 | 1 | COMPLAINT against Defendant Apple Inc. Case assigned to Judge David O. Carter for all further proceedings. Discovery referred to Magistrate Judge Robert N. Block.(Filing fee PAID $ 350) Jury Demanded. Filed by plaintiff Jethro Magat.(ade) (twdb). (Additional attachment(s) |

| | | |
|---|---|---|
| | | added on 7/6/2011: # 1 1) (ade). (Entered: 06/28/2011) |
| 06/23/2011 | 2 | CERTIFICATION of Interested Parties filed by Plaintiff Jethro Magat (ade) (ade). (Entered: 07/01/2011) |
| 06/29/2011 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to defendant Apple Inc. (twdb) (Entered: 07/01/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/29/2011 15:36:37 | | | |
| PACER Login: | us4077 | Client Code: | snooki |
| Description: | Docket Report | Search Criteria: | 8:11-cv-00938-DOC -RNB End date: 7/29/2011 |
| Billable Pages: | 2 | Cost: | 0.16 |